**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWARD EUGENE MAYBERRY, JR.                                                                PLAINTIFF

v.                                          No. 5:10CV00307 JLH

ARKANSAS DEPARTMENT
OF CORRECTION, *et al*.                                                                         DEFENDANTS

## **ORDER**

At a status conference today, counsel for the defendants requested an extension of the deadline for filing dispositive motions. Without objection, that request is granted. The deadline for filing dispositive motions is extended up to and including March 30, 2012.

IT IS SO ORDERED this 29th day of February, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE