# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

EDWARD EUGENE MAYBERRY, JR.                               PLAINTIFF

V.                          5:10CV00307 JLH/JTR

ARKANSAS DEPARTMENT OF CORRECTION, et al.        DEFENDANTS

## ORDER

Defendants have filed a Motion for Summary Judgment, a Brief in Support, and a Statement of Undisputed Facts. *See* docket entries #21, #22, and #23. The Court concludes that a Response from Plaintiff, who is represented by counsel, is necessary. Pursuant to Local Rule 56.1, Plaintiff also must file a *separate* Statement of Disputed Facts that lists: (a) any disagreement he has with the specifically numbered factual assertions contained in Defendants' Statement of Undisputed Facts; and (b) any other disputed facts that he believes must be resolved at trial.[1]

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff must file a Response to Defendants' Motion for Summary

---

[1] Specifically, Defendants' Statement of Undisputed Facts contains 17 separately numbered paragraphs. *See* docket entry #23. Plaintiff's Statement of Disputed Facts must contain 17 separately listed paragraphs that respond *directly* to each of Defendants' corresponding paragraphs.

Judgments and a separate Statement of Disputed Facts **on or before April 14, 2012.**[2]

    2.    Defendants may, if they so choose, file a Reply **within seven days** of the filing of the Response.

Dated this 3rd day of April, 2012.

                                           /s/ J. Thomas Ray
                              UNITED STATES MAGISTRATE JUDGE

---

[2] *See* Local Rules 7.2(b) and 56.1(d) (imposing a 14 day deadline for filing a Response and a 7 day deadline for filing a Reply).