# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EDWARD EUGENE MAYBERRY, JR.                                                         PLAINTIFF

v.                                      No. 5:10CV00307 JLH/JTR

ARKANSAS DEPARTMENT OF
CORRECTION, *et al*.                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment is GRANTED, and this case is DISMISSED, WITH PREJUDICE.  Document #21.

DATED this 29th day of May, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE