**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWARD EUGENE MAYBERRY, JR.                                                                PLAINTIFF

v.                                            No. 5:10CV00307 JLH/JTR

ARKANSAS DEPARTMENT OF
CORRECTION, *et al*.                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein.

DATED this 29th day of May, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE